IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CALETHA D. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-049 |
| | ) | |
| UNITED STATES DEPARTMENT OF LABOR, et al., | ) ) | |
| | ) | |
| Defendants | ) | |

**O R D E R**

On August 20, 2015 the Court directed Plaintiff to show cause as to why the Defendants in this action have not been served. (Doc. no. 8.) On September 9, 2015, Plaintiff responded to the Court's order and explained that she believed she had properly served the Defendants according to the Court's prior Order. (Doc. no. 9.) However, it appears that Plaintiff has failed to deliver a copy of the summons and complaint to the civil-process clerk of the United States Attorney's office for the Southern District of Georgia. (See id. at 2.) Instead, she mistakenly delivered the copies to the U.S. District Court for the Southern District of Georgia. (Id.) Given Plaintiff's *pro se* status, the Court will give her until October 21, 2015 to deliver a summons and complaint to the civil-process clerk of the United States Attorney's office for the Southern District of Georgia and properly complete service upon Defendants. Fed. R. Civ. P. 4(m); Horenkamp v. Van Winkle & Co., 402 F.3d 1129, 1132 (11th Cir. 2005) (permitting extension of

120-day service period, even in absence of good cause).

SO ORDERED this 21st day of September, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA